**TIMOTHY J. RYAN (SBN 99542)**
**REBEKKA R. MARTORANO (SBN 173600)**
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant
DEERE & COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BANDA and ELIDA BANDA, | Case No. 3:18-CV-05329-JCS |
| Plaintiffs, | |
| v. | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| JOHN DEERE; HERC RENTALS, INC.; and DOES 1 - 100 inclusive, | Honorable Joseph C. Spero<br>Courtroom G, 15th Floor |
| Defendants. | CMC Date: August 23, 2019<br>Time: 2:00 p.m. |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | Trial Date: April 6, 2020 |
| Intervenor, | |
| DEERE & COMPANY; HERC RENTALS, INC.; and Roes 1 to 20, | |
| Defendants in Intervention. | |

The parties to the above-entitled action jointly submit this case management conference statement. This statement includes those sections that have changed from the previous CMC statement filed on April 5, 2019.

---

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

1

4. **Motions**

The Court in its pretrial scheduling order of January 16, 2019 set a hearing date for *Daubert* motions of November 22, 2019 with reply papers to be filed no later than four weeks prior to that date. Based on that, Deere & Co. proposes the following briefing schedule for potential *Daubert* motions:

October 4, 2019: last day to file motion

October 18, 2019: last day to file opposition

October 25, 2019: last day to file reply

For reasons explained in section 17 below, Plaintiffs Javier Banda and Elida Banda propose continuing the hearing date for *Daubert* motions 15 days to December 9, 2019 with the following briefing schedule:

October 25: last day to file motion

November 8: last day to file opposition

November 15, 2019: last day to file reply

No other motions are anticipated at this time.

7. **Disclosures**

All parties have made their initial disclosures.

8. **Discovery**

The parties are completing depositions and written discovery in light of the upcoming discovery cut-off date of September 1, 2019.

12. **Settlement and ADR**

The parties were required to select a new mediator due to scheduling issues. A mediation is currently scheduled with mediator Harris Weinberg on August 22, 2019.

17. **Scheduling**

Defendant Deere & Co. is not proposing changes to the current pretrial scheduling order. Plaintiffs Javier Banda and Elida Banda propose a short continuance of the current scheduling deadlines. Herc Rentals does not object to Plaintiffs' proposed scheduling changes.

Defendant Deere & Co. has indicated the earliest date it can produce witnesses for deposition is August 21, 2019. Defendant Herc Rentals, Inc. has indicated it is having difficulty arranging for the production of one of its witnesses before the current September 1, 2019 non-expert discovery cut-off. In light of these issues and changes to the mediation date, and pursuant to a proposal made by Defendant Herc Rentals, Inc., Plaintiffs Javier Banda and Elida Banda propose continuing the following deadlines fifteen (15) days:

- The deadline for completing non-expert discovery (proposed date is September 15, 2019)
- The deadline for all expert disclosures required by the Federal Rules of Civil Procedure by the party that bears burden of proof on a claim or defense (proposed date is September 15, 2019)
- The deadline for all expert rebuttal disclosures required by the Federal Rules of Civil Procedure (proposed date is September 30, 2019)
- The deadline for completing expert discovery (proposed date is October 15, 2019)
- The hearing and filing deadlines for *Daubert* motions (proposed date is December 9, 2019

18. **Trial**

The Court has set this matter for a jury trial on April 6, 2020.

| | |
|---|---|
| Dated:  August 16, 2019 | THE ARNS LAW FIRM |
| | By: */s/ Kevin Osborne* |
| | ROBERT S. ARNS |
| | JONATHAN E. DAVIS |
| | KEVIN M. OSBORNE |
| | Attorneys for Plaintiffs Javier Banda and Elida Banda |
| Dated:  August 16, 2019 | THE RYAN LAW GROUP |
| | By:  */s/ Rebekka Martorano* |
| | TIMOTHY J. RYAN |
| | REBEKKA R. MARTORANO |
| | Attorneys for Defendant Deere & Company |
| Dated:  August 16, 2019 | RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS |
| | By: */s/ Taylor J. Pohle* |
| | JOHN RANUCCI |
| | TAYLOR J. POHLE |
| | Attorneys for Defendant HERC Rentals, Inc. |
| Dated:  August 16, 2019 | LAW OFFICES OF JOHN A. BIARD |
| | By:  */s/ Susan Kirkgaard* |
| | SUSAN KIRKGAARD |
| | Attorneys for Intervenor Travelers Property Casualty Company of America |