```
TIMOTHY J. RYAN (SBN 99542)
REBEKKA R. MARTORANO (SBN 173600)
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com
```

Attorneys for Defendant
DEERE & COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BANDA and ELIDA BANDA,<br>　　　　Plaintiffs,<br>　　v.<br>JOHN DEERE; HERC RENTALS, INC.;<br>and DOES 1 - 100 inclusive,<br>　　　　Defendants. | Case No. 3:18-CV-05329-JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>Honorable Joseph C. Spero<br>Courtroom F, 15th Floor<br><br>Trial Date: September 28, 2021 |

　　　　IT IS HERBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) in its entirety.

Dated:  August 30, 2021　　　　　　　　　THE ARNS LAW FIRM

　　　　　　　　　　　　　　　　　　　　By: _/s/ Robert S. Arns_
　　　　　　　　　　　　　　　　　　　　　　ROBERT S. ARNS
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Javier Banda and
　　　　　　　　　　　　　　　　　　　　　　Elida Banda

Dated:  August 30, 2021　　　　　　　　　THE RYAN LAW GROUP

　　　　　　　　　　　　　　　　　　　　By:  _/s/ Rebekka R. Martorano_
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. RYAN
　　　　　　　　　　　　　　　　　　　　　　REBEKKA R. MARTORANO
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Deere & Company

1     I, Rebekka R. Martorano, attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in
2 the filing of this document has been obtained from the other signatories to this document.

4   Dated: August 30, 2021                     THE RYAN LAW GROUP

5                                              By: /s/ Rebekka Martorano
6                                                   TIMOTHY J. RYAN
                                                  REBEKKA R. MARTORANO
                                                  Attorneys for Defendant Deere & Company

10   Dated: August 31, 2021

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]